ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN 109740
10085 Carroll Canyon Road, Suite 100
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150
*hal@rbblawgroup.com*

LAW OFFICES OF WILLIAM R. MCGEE, APLC
William R. McGee, SBN 122153
701 Palomar Airport Road, Suite 250
Carlsbad, California 92011
Telephone: (760) 438-9003
Facsimile: (760) 438-9004
*lemonatty@aol.com*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE F. SAFLEY, JR.; and DEBORAH S. SAFLEY,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   3:20-cv-00366-BAS-MDD<br><br>**Plaintiffs' Objections to Declaration of Tyler Weight in Support of Defendant's Motion to Compel Arbitration and Stay Action**<br><br>District Judge: Hon. Cynthia A. Bashant<br>Dept.: 4B<br><br>Magistrate: Hon. Mitchell D. Dembin<br>Chambers Room: Suite 1180<br><br>Complaint Filed: January 24, 2020<br>Trial Date: None Set |

Plaintiffs Clarence F. Safley, Jr., and Deborah S. Safley move to strike and objects to the Declaration of Tyler Weight in support of Defendant BMW of North America, LLC's ("BMWNA") Motion to Compel Arbitration and Stay Action, which was filed as Exhibit 3 to BMWNA's Notice of Errata, filed May 29, 2020. This declaration is dated July 11, 2019—over six months before this action was even filed and nine months before BMWNA sought to compel arbitration of this matter. As a result, we have no idea whether the information set forth therein is true to this date. It is entirely possible that BMW Financial Services ("BMWFS") is no longer "affiliated" with BMWNA. After all, evidence produced by the Safleys indicates these are separate business entities. Compendium of Exhibits ("COE"), Exhibits 8-9.[1]

Mr. Weight's declaration clearly was not drafted for purposes of this particular action. It has a different case number in the bottom right of the second page. Presumably, this declaration was prepared by BMW's counsel with the intention to use it in subsequent cases. It even has a space for someone—presumably BMW's counsel—to fill in the number of years Mr. Weight has worked for BMW Financial Services. To the extent Mr. Weight signed the declaration with no information in the blank space, the "18" handwritten on the space was not stated under penalty of perjury.

If BMW wanted to streamline the submission of Mr. Weight's declaration, the proper procedure would have been for its counsel to authenticate the declaration actually signed by Mr. Weight and filed in a different case. As it stands, Mr. Weight's declaration is unauthenticated and should be stricken in its entirety.

The Safleys further object to the following statements in the Declaration of Tyler Weight:

/ / /

/ / /

---

[1] The Safleys inadvertently neglected to file their COE concurrently with their opposition. Filed concurrently herewith is a notice of errata to which the Compendium of Exhibits is attached.

2

Plaintiffs' Objections to Declaration of Tyler Weight in Support of
Defendant's Motion to Compel Arbitration and Stay Action

| Statement | Objections |
|---|---|
| Paragraph 2: "BMW FS is an indirect automotive leasing and lease servicing company, which accepts assignment of consumer lease from originating automotive dealers. BMW FS also services consumer leases for its subsidiary, Financial Services Vehicle Trust ('FSVT')." | Lacks relevance, Fed. R. Evid. 401-402; *see also* COE, Ex. 2 (showing lienholder is "BMW BK NA," not FSVT); Motion at 7:3-4 ("Plaintiffs *purchased* [rather than leased] the Subject Vehicle from BMW Encinitas.") |
| Paragraph 3: "BMW of North America, LLC ('BMW NA') and BMW FS are affiliates of one another because BMW FS is a wholly-owned subsidiary of BMW FS. Likewise, FSVT is an affiliate of BMW FS and BMW NA, due to FSVT's status as a subsidiary of BMW FS." | Lacks relevance, Fed. R. Evid. 401-402<br>Lacks foundation, Fed. R. Evid. 602<br>Lacks personal knowledge, Fed. R. Evid. 602; Cal. Evid. Code § 702<br>Lacks authentication, Fed. R. Evid. 901<br>Hearsay, Fed. R. Evid. 802<br>Improper legal argument, *see e.g.*, *Roundy's Inc. v. N.L.R.B.*, 674 F.3d 638, 648 (7th Cir. 2012) (explaining "legal arguments" "should be presented to the court in counsel's analysis, not expert opinion testimony"); cf. *Burkhart v. Wash. Metro. Area Transit Authority*, 112 F.3d 1207, 1213 (D.C. Cir. 1997) ("Each courtroom comes equipped with a 'legal expert,' called a judge, and it is his or her province alone to instruct the jury on the relevant legal standards.")<br>Improper opinion testimony, Fed. R. Evid. 701, *et seq.* |

| | |
|---|---|
| Dated: June 2, 2020 | ROSNER, BARRY & BABBITT, LLP |
| | By: */s/ Hallen D. Rosner* |
| | Hallen D. Rosner |
| | Attorneys for Plaintiffs |

Plaintiffs' Objections to Declaration of Tyler Weight in Support of
Defendant's Motion to Compel Arbitration and Stay Action